UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HARRIET CUNNINGHAM** | **CIVIL ACTION NO.: 5:12-cv-02214** |
| **VERSUS** | **JUDGE HICKS** |
| **ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS** | **MAGISTRATE JUDGE HORNSBY** |

### MOTION TO DISMISS

HARRIET CUNNINGHAM, Plaintiff, appearing through undersigned counsel moves for the voluntary dismissal, with prejudice, of all of her claims in the above-captioned case, each party to bear its own costs.

        Respectfully submitted,

        LAW OFFICES OF DOWNER, HUGUET & WILHITE, L.L.C.

        By:   s/ Pamela R. Jones
            **Pamela R. Jones, No. 19640**

            American Tower
            401 Market St., Ste. 1250
            Shreveport, LA, 71101

            318-213-4444    Telephone
            318-213-4445    Facsimile

            pjones@dhw-law.com

        **ATTORNEYS FOR PLAINTIFF HARRIET A. CUNNINGHAM**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the **VOLUNTARY MOTION TO DISMISS** has been served upon counsel for the Defendants by e-mail through the Court's electronic case filing system to the e-mail addresses on file for:

| | |
|---|---|
| COURTNEY T. JOINER | courtney.joiner@usdoj.gov |
| Assistant United States Attorney | courtneytjoiner@yahoo.com |
| Western District of Louisiana | |
| 300 Fannin St., Ste. 3201 | |
| Shreveport, LA 71101-3068 | |
| **ATTORNEYS FOR DEFENDANT** | |

Thus done and signed in Shreveport, Louisiana, this **19th** day of **August, 2013**.

                                             s/ Pamela R. Jones
                                                 OF COUNSEL