UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HARRIET CUNNINGHAM** | **CIVIL ACTION NO.: 5:12-cv-02214** |
| **VERSUS** | **JUDGE HICKS** |
| **ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS** | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

**CONSIDERING THE FOREGOING** Motion to Dismiss, filed in the instant matter:

**IT IS ORDERED** that the claims of Plaintiff Harriet Cunningham are hereby dismissed with prejudice, and each party to bear its own costs and fees.

Shreveport, Louisiana, this ___21st___ day of ___August___, 2013.

_____
JUDGE